# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Diane Calloway, et al.

            Plaintiff,

v.                     Case No.: 1:18−cv−06975
                    Honorable Sunil R. Harjani

ATT Services, Inc., et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 3, 2024:

  MINUTE entry before the Honorable Sunil R. Harjani: Oral argument held. For the reasons stated on the record, Plaintiff's renewed motion for conditional certification [187] is granted as stated and modified in Court. The Court conditionally certifies at step one the following collective for purposes of notice of the lawsuit and opt−in: Call center associates in the Midwest, Southwest and West regions, who are non−exempt call center employees or other similarly−titled employees who worked for ATT at any time from Jan 1, 2019 to the present, who worked at least forty (40) hours in at least one week during the Class Period and whose actual time worked, beyond the end of their scheduled shift hours, while caught on a customer call, was not reported and not paid, but who were able to request overtime through an incidental overtime exception request. Counsel shall meet and confer about redoing the notice, what discovery should be turned over with respect to contact information and how the parties intend to notify potential opt−ins, and the possibility of attempting to resolve this matter through settlement. Parties are to jointly contact the Courtroom Deputy if and when there is an interest in scheduling a referral to the magistrate judge. Video hearing set for 10/15/2024 at 10:00 a.m. The Court does not permit the use of cell phones for the videoconference. Details to follow as the date approaches. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.