**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Diane Calloway, et al.
                                     Plaintiff,

v.                                                 Case No.: 1:18–cv–06975
                                                          Honorable Sunil R. Harjani

ATT Services, Inc., et al.
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2024:

       MINUTE entry before the Honorable Sunil R. Harjani: Video status hearing held. The parties updated the court on the status of the case regarding settlement. Plaintiff should file its anticipated motion for equitable tolling by 10/23/2024. Defendant&#039;s response is due by 11/6/2024; and any replies are due by 11/18/2024. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.